376 May 6, 2026 No. 392

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Erika ELY,
*Petitioner,*

*v.*

OREGON HEALTH AUTHORITY,
*Respondent.*

Office of Administrative Hearings
2020OHA11978;
A175618 (Control)

Julia COX,
*Petitioner,*

*v.*

OREGON HEALTH AUTHORITY,
*Respondent.*

Oregon Health Authority
2020OHA11942;
A175967

ANALAURA MATA GARCIA,
*Petitioner,*

*v.*

OREGON HEALTH AUTHORITY,
*Respondent.*

Oregon Health Authority
2020OHA12190;
A176470

Rachel PINGEL,
*Petitioner,*

*v.*

OREGON HEALTH AUTHORITY,
*Respondent.*

Oregon Health Authority
2020OHA12152;
A176056

Argued and submitted March 22, 2024; on respondent's motion to dismiss filed November 16, 2022, petitioners' response filed January 30, 2023, and respondent's reply filed February 15, 2023.

Hermine Hayes-Klein argued the cause and filed the briefs for petitioners.

Emily N. Snook, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Shorr, Presiding Judge, Lagesen, Chief Judge, and Pagán, Judge.*

PER CURIAM

Reversed and remanded. *Haugen v. Oregon Health Authority*, ___ Or App ___, ___ P3d ___ (May 6, 2026).

_____

 * Lagesen, C. J., vice Mooney, S. J.